United States Bankruptcy Court

Middle District of Florida

In re:     Case No. 25-06504-TPG

Francisco Daniel Hernandez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6     User: admin     Page 1 of 2

Date Rcvd: Nov 14, 2025     Form ID: Dodsmdef     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francisco Daniel Hernandez, 374 Vista Oak Dr, Longwood, FL 32779-3067 |
| 31936185 | + | The Wilhelm Trust, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32006019 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 22:01:56 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32018280 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2025 22:03:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 31935387 | | EDI: FLDEPREV.COM | Nov 15 2025 02:28:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31935387 | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 14 2025 21:47:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31935388 | | EDI: IRS.COM | Nov 15 2025 02:28:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 32003773 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 14 2025 21:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 31935386 | | Email/Text: bankruptcy@seminoleCounty.tax | Nov 14 2025 21:49:00 | Seminole County Tax Collector, Post Office Box 630, Sanford FL 32772-0630 |
| 31987917 | + | Email/Text: RASEBN@raslg.com | Nov 14 2025 21:48:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: Dodsmdef | Total Noticed: 9 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Can Guner
> on behalf of Creditor U.S. Bank Trust National Association cguner@raslg.com  cguner@raslg.com

Carolyn C Meadows
> on behalf of Creditor Wingfield North Homeowners Association  Inc. cmeadows@beckerlawyers.com

Laurie K Weatherford
> ecfdailysummary@c13orl.com

United States Trustee - ORL7/13, 7
> USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 4

[Dodsmdef] [District Order Dismissing for Deficiencies]

ORDERED.

**Dated: November 14, 2025**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No. 6:25−bk−06504−TPG
                                                                                               Chapter 13

Francisco Daniel Hernandez

_____Debtor*_____/

ORDER DISMISSING CASE

   THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by November 10, 2025. The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate notice or order of the Court.

   Failure to file a Chapter 13 Plan.

   Failure to file a master mailing matrix as required by Local Rule 1007−2(a)(1).

   Failure to file any or all Schedules A−J as required.

   Failure to file a properly signed Declaration Concerning Schedules.

   Failure to file a Summary of Assets.

   Failure to file a Statement of Your Monthly Income.

   Failure to file Statement of Financial Affairs.

   Accordingly, it is ***ORDERED:***

1. The case is dismissed without prejudice and without a discharge effective on the 15th day from entry of this Order.

2. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, then, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B), the Court extends the automatic stay for 14 days from the date of this Order.

3. If Debtor files a motion to vacate or for reconsideration of this Order within 14 days of the date of this Order, and the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect when this Order is entered, the automatic stay shall remain in full force and effect until the Court rules on the Debtor's motion.

4. All pending motions are denied and all pending hearings are canceled except for the following, over which the Court retains jurisdiction: (a) motions for relief from stay that (i) are scheduled for hearing within 14 days of the date of this Order, or (ii) request an order binding upon the debtor in subsequently filed cases; and (b) any pending order to show cause.

5. The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

6. The Court reserves jurisdiction to determine timely filed applications for administrative expenses.

7. The Debtor shall immediately pay, to the Clerk, U.S. Bankruptcy Court, by cashier's check or money order, for the balance of the filing fee as required by 28 U.S.C. § 1930, unpaid filing fees in the amount of $ 313.00.

Clerk's Office is directed to serve a copy of this Order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.